[No. 28170-1-III.   Division Three.   June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER CALDERON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 08-1-50521-8, Vic L. VanderSchoor, J., entered May 21, 2009. *Reversed* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28408-5-III.   Division Three.   June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON OLIVER NUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 09-1-00101-6, E. Thompson Reynolds, J., entered August 31, 2009. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[Nos. 28687-8-III; 28688-6-III.   Division Three.   June 28, 2011.]

*In the Matter of the Personal Restraint of* TIMOTHY EDGAR KEITH, *Petitioner*.

Petitions for relief from personal restraint. Petitions *granted* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28974-5-III.   Division Three.   June 28, 2011.]

KELLEY AG SERVICES, INC., *Respondent*, v. KEN MELDRUM ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-2-50943-0, Craig J. Matheson, J., entered April 2, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.